In the Matter of Proving the Last Will and Testament of AUGUSTUS NELSON, Deceased.

(Argued December 21, 1893; decided January 16, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made June 16, 1893, which affirmed a decree of the Surrogate's Court of Westchester · county admitting to probate the will of Augustus Nelson, deceased.

*E. C. Neil* for appellant.

*Clarence H. Frost* for respondents.

Agree to affirm; no opinion.
All concur, except BARTLETT, J., not sitting.
Judgment affirmed.

GEORGE EASTMAN, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

(Argued December 22, 1893; decided January 16, 1894.)

APPEAL from decision of the Board of Claims, made November 16, 1893, awarding the appellant "nothing" upon a claim presented against the state.

*L. H. Northup* for appellant.

*S. W. Rosendale, Attorney-General,* for respondent.

Agree to affirm; no opinion.
All concur, except BARTLETT, J., not sitting.
Award affirmed.

JAMES C. McDONALD, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

(Argued December 22, 1893; decided January 16, 1894.)

Argued and decided with *Eastman* v. *The State* (*supra,* page 562).